UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:11-CR-59-1H(2)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TERRANCE LEVON JONES,** | ) | |
| **Defendant** | ) | |
| | ) | |

Upon motion of the defendant, by and through Counsel, it is hereby ORDERED that Docket Entry Number 49 and its accompanying Order in the above-captioned matter be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney's Office and Defendant's Counsel.

SO ORDERED this 6th of January 2012.

HONORABLE MALCOLM HOWARD
UNITED STATES DISTRICT COURT JUDGE